# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

IN RE:

**PRESTON SCOTT NAPIER**
**CATHERINE JOYCE MALLORY NAPIER**

**DEBTOR(S)**                                                          **CASE NO. 17-60106**

## TRUSTEE'S REPORT AND
## RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED.

1. The plan is not feasible, and is currently projected to require 68 months of payments to pay secured, priority and administrative claims in full. Assuming the remaining claims to be filed equal the scheduled amounts, the plan must be amended as necessary, such as by increasing plan payments, re-amortizing secured claims, or taking other appropriate action. However, should future claims be filed in amounts higher than scheduled sums, or should there be any increase in the interest rates or secured values now proposed in the plan, then additional funds beyond those stated here will be required to present a feasible plan.

2. Pursuant to EDKY Rule 2016-2, counsel for the Debtor has not filed the Certification regarding Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys set forth in Local Form 2016-2a.

3. The Trustee has received a copy of the certificate of title to the 2013 Nissan Altima. It is in the name of non-filing third party and Catherine Sauer. The petition should be amended to list "Catherine Sauer" as an alias for Mrs. Napier.

Respectfully submitted by:   Beverly M. Burden, Chapter 13 Trustee

By:   /s/ Michael E. Litzinger

        Michael E. Litzinger,
        Attorney for Trustee
        KY Bar ID: 82898
        P.O. Box 2204
        Lexington, KY 40588-2204
        (859) 233-1527
        notices@ch13edky.com

## CERTIFICATE OF SERVICE

I hereby certify that on the April 4, 2017, I served a copy of the forgoing by regular U.S. mail, postage prepaid, or electronic service via EM/ECF upon the following:

RYAN R. ATKINSON                 All other parties requesting electronic notice

By:   */s/Michael E. Litzinger*
      Michael E. Litzinger,
      Attorney for Trustee