Local Form 3015-1

**United States Bankruptcy Court**
**Eastern District of Kentucky, London Division**

IN RE:
**Napier, Preston Scott & Napier, Catherine Joyce Mallory**
Debtor

Case No. 17-60106
Chapter **13**

**AMENDMENT TO CHAPTER 13 PLAN**

**I. PLAN PAYMENTS.** The Debtor shall pay to the Trustee (check one):

**[X]** $ **200.00**  each month through October 2017, from November 2017 through plan completion, the monthly payment shall be $625.00.

DATED: **May 3, 2017**

*/s/ Preston S. Napier*
DEBTOR

*/s/ Catherine J. Napier*
DEBTOR
*/s/ Ryan Atkinson*
ATTORNEY FOR DEBTOR

**Ryan R. Atkinson**
**1608 Harrodsburg Rd**
**Lexington, KY  40504-3706**

CERTIFICATE OF SERVICE

I certify that on the date shown below, I mailed a copy of the Amendment to Chapter 13 Plan for the Debtor to the creditors listed on the matrix and to the Chapter 13 Trustee.

*/s/ Ryan Atkinson*
ATTORNEY FOR DEBTOR

**May 3, 2017**