**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

IN RE:

PRESTON SCOTT NAPIER
CATHERINE JOYCE MALLORY NAPIER

DEBTOR(S)                                             CASE NO. 17-60106

**AMENDED**
**TRUSTEE'S REPORT AND**
**RECOMMENDATION AS TO CONFIRMATION**
**PER AMENDMENT TO PLAN (DOC. NO. 28)**

Confirmation: NOT RECOMMENDED.

  1. The Trustee has received a copy of the certificate of title to the 2013 Nissan Altima. It is in the name of a non-filing third party and Catherine Sauer. The petition should be amended to list "Catherine Sauer" as an alias for Mrs. Napier.

Respectfully submitted by:   Beverly M. Burden, Chapter 13 Trustee

By:   /s/Michael E. Litzinger
      Michael E. Litzinger,
      Attorney for Trustee
      KY Bar ID: 82898
      P.O. Box 2204
      Lexington, KY 40588-2204
      (859) 233-1527
      notices@ch13edky.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the May 4, 2017, I served a copy of the forgoing by regular U.S. mail, postage prepaid, or electronic service via EM/ECF upon the following:

RYAN R. ATKINSON                          All other parties requesting electronic notice

By: /s/Michael E. Litzinger
Michael E. Litzinger,
Attorney for Trustee