**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE:                                                                                    CASE NUMBER 17-60106

Preston Scott Napier and Catherine Joyce Mallory Napier

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 5/17/2017                                                                           TIME: 10:00

APPEARANCES:

ISSUE:

| 25 | 4/25/2017 | Order Continuing Confirmation Hearing. Confirmation hearing to be held on 5/17/2017 at 10:00 AM at London Courtroom. (cac)<P><B><I></I></B></P> |

DISPOSITION:
   Cont

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
**Gregory R. Schaaf**
**Bankruptcy Judge**
**Dated: Wednesday, May 17, 2017**
**(rah)**