**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

IN RE:

PRESTON SCOTT NAPIER
CATHERINE JOYCE MALLORY NAPIER

DEBTOR(S)                                                                 CASE NO. 17-60106

**SECOND AMENDED**
**TRUSTEE'S REPORT AND**
**RECOMMENDATION AS TO CONFIRMATION**

Confirmation: NOT RECOMMENDED.

    1.  The Trustee request a duplicate title to the 2013 Nissan Altima to verify the lienholder of record holds a valid lien on said vehicle.  The duplicate title is requested due to an error in the title as described by the Debtor in her response [doc# 34] to the Trustee Report and Recommendation.

    Respectfully submitted by:    Beverly M. Burden, Chapter 13 Trustee

    By:    */s/Michael E. Litzinger*
          Michael E. Litzinger,
          Attorney for Trustee
          KY Bar ID:  82898
          P.O. Box 2204
          Lexington, KY 40588-2204
          (859) 233-1527
          notices@ch13edky.com

## CERTIFICATE OF SERVICE

I hereby certify that on the May 25, 2017, I served a copy of the forgoing by regular U.S. mail, postage prepaid, or electronic service via EM/ECF upon the following:

RYAN R. ATKINSON                           All other parties requesting electronic notice

By: /s/Michael E. Litzinger
Michael E. Litzinger,
Attorney for Trustee