Local Form 3015-1

**United States Bankruptcy Court**
**Eastern District of Kentucky, London Division**

IN RE:                                                                 Case No. 17-60106
**Napier, Preston Scott & Napier, Catherine Joyce Mallory**            Chapter **13**
Debtor

## AMENDMENT TO CHAPTER 13 PLAN

**I. PLAN PAYMENTS.** The Debtor shall pay to the Trustee (check one):

**[X]** $ 502.31 for March and April 2017, then $200 from May 2017 to October 2017. From November 2017 through plan completion, the monthly payment shall be $625.

DATED: July 14**, 2017**

/s/ Preston S. Napier
DEBTOR

/s/ Catherine J. Napier
DEBTOR
/s/ Ryan Atkinson
ATTORNEY FOR DEBTOR

**Ryan R. Atkinson**
**1608 Harrodsburg Rd**
**Lexington, KY  40504-3706**

CERTIFICATE OF SERVICE

I certify that on the date shown below, I mailed a copy of the Amendment to Chapter 13 Plan for the Debtor to the creditors listed on the matrix and to the Chapter 13 Trustee.

/s/ Ryan Atkinson
ATTORNEY FOR DEBTOR

**July 14, 2017**