# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

IN RE:    Preston Scott Napier                      Case Number:    17-60106
             Catherine Joyce Mallory Napier

             Debtors

## ORDER CONFIRMING PLAN
## FILED ON 1/31/2017, Court Doc. # 2

## WITH AMENDMENT(S), Court Doc. #28 and 50

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED.

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section III.C.1.a of the plan is hereby allowed.

Copies to:

| | |
|---|---|
| Preston Scott Napier | ATKINSON, RYAN R. |
| Catherine Joyce Mallory Napier | ATKINSON, SIMMS & KERMODE |
| PO Box 1563 | 1608 HARRODSBURG ROAD |
| Hyden, KY  41749 | LEXINGTON , KY  40504 |
| | |
| MCLESKEY LAW OFFICES | BAIRD AND BAIRD PSC |
| 1630 GRANDVIEW AVENUE | P O BOX 351 |
| SUITE B | PIKEVILLE, KY  41502-0351 |
| COLUMBUS, OH  43212 | |
| | |
| BAIRD AND BAIRD, PSC | |
| 841 CORPORATE DRIVE | |
| SUITE 101 | |
| LEXINGTON, KY  40503 | |

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, August 14, 2017**
**(grs)**