UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

In Re:

Preston Scott Napier  SSN: _____
Catherine Joyce Mallory Napier
Debtors  Case No.  17-60106

## ORDER VACATING PAYROLL DEDUCTION ORDER

The Chapter 13 Trustee requests that the payroll deduction of plan payments for Preston Scott Napier in this case be stopped. IT IS ORDERED:

The payroll deduction order previously entered in this case is hereby VACATED. The employer, LESLIE COUNTY FISCAL COURT, is authorized to refund to the debtor any funds on hand as of the date of this order and to pay all future wages to the debtor.

cc:
Preston Scott Napier                    ATKINSON, RYAN R.
Catherine Joyce Mallory Napier          ATKINSON, SIMMS & KERMODE
PO Box 1563                             1608 HARRODSBURG ROAD
Hyden, KY  41749                        LEXINGTON, KY 40504

LESLIE COUNTY FISCAL COURT
ATTN: PAYROLL DEPARTMENT
P O BOX 619
HYDEN, KY 41749

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Thursday, September 21, 2017
(tb)